**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN REPASS,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, *et al.,*<br><br>　　　　　　　　　Defendants. | Case No. 2:13-cv-00237-MMD-GWF<br><br>**ORDER**<br><br>Motion to Stay and to Extend Time (#14) |

　　　This matter comes before the Court on Plaintiff's Motion to Stay Proceedings and/or Extension of Time (#14), filed on March 13, 2013. Defendants filed an Opposition (#18) on March 19, 2013.

　　　Plaintiff filed his Complaint in the Eighth Judicial District Court of Nevada on October 5, 2011 alleging violation of his eighth and fourteenth amendment rights. *See Doc. #1, Ehx. A*. Defendants removed the case to this Court on February 13, 2013. *See Doc. #1.* Pending before the District Judge are two motions to dismiss. Defendants Clark County Detention Center, Gillespie, and Las Vegas Metropolitan Police Department filed a Motion to Dismiss (#6) on February 21, 2013, which is now fully briefed. Defendant Naphcare, Inc. filed a Motion to Dismiss (#9) on March 1, 2013.

　　　Plaintiff now moves to stay the proceedings. Pro-se Plaintiff represents that he is being transferred to a facility that does not contain a law library, and that he will be released in at most 6 months. Plaintiff argues the Court should stay this action until he has access to legal assistance. Defendants do not oppose a stay of discovery, but do oppose a stay of the decisions on the pending dispositive motions. The Court finds Plaintiff establishes good cause for a stay only of discovery in this action.

Plaintiff also seeks a stay in the deadline to respond to Naphcare's Motion to Dismiss (#9), which was due on March 18, 2013.  In their Opposition (#18), Defendants agreed to an extension of the response deadline until April 1, 2013.  Plaintiff filed his Response (#19) on March 28, 2013.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay Proceedings and/or Extension of Time (#14) is **granted** in part and **denied** in part as follows:  Discovery in this matter shall be stayed until **September 19, 2013**.

DATED this 4th day of April, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge