# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RYAN REPASS,              )
                          )
            Plaintiff,    )   Case No. 2:13-cv-00237-APG-GWF
                          )
vs.                       )   **ORDER**
                          )
CLARK COUNTY DETENTION CENTER, *et al.,*  )
                          )
            Defendants.   )
_____)

      This matter comes before the Court on Defendants' Motion to Stay Discovery (#29), filed on September 30, 2013. The Court previously stayed discovery in this matter until September 19, 2013, pending pro-se Plaintiff's release from a detention facility that had no law library. *See April 4, 2013 Order, Doc. #20.* Defendants now move to reinstate the stay pending decisions on their Motions to Dismiss (#6, #9). Defendants represent that Plaintiff is no longer in custody, but that he has not contacted Defendants or filed a notice of change of address with the Court. Defendants therefore argue that they are unable to conduct the discovery conference required by Federal Rule of Civil Procedure 26(f).

      Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

      **IT IS HEREBY ORDERED** that Defendants' Motion to Stay Discovery (#29) is **granted**. Discovery shall be stayed until the District Judge enters decisions on the pending Motions to Dismiss.

...

1    **IT IS FURTHER ORDERED** that the parties, jointly or individually, shall file a status
2  update as regards the Motions to Dismiss no later than six months after the date of this Order.
3    DATED this 4th day of November, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge