UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RYAN REPASS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; NAPHCARE, INC. and DOES 1 - 20,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-00237-APG-GWF<br><br>**ORDER GRANTING MOTION TO DISMISS** |

On April 9, 2014, the Defendants filed their motion to dismiss, based upon Plaintiff's failure to: (1) keep the parties and the Court informed of his current contact information; and (2) participate in the FRCP 26(f) conference. (Dkt. #37.) On the same date, the Court issued a Minute Order reminding Plaintiff that the non-moving party must file points and authorities in opposition to Defendants' motion within fourteen (14) days from the date of the Minute Order. (Doc. No. 38.) Plaintiff also was warned that if he failed to do so, his non-opposition could be considered as consent to the granting of the Motion. Plaintiff's response was due by Monday, April 26, 2014. To date, Plaintiff has filed no Opposition, nor has he updated his current contact information with the court. Based on the foregoing, and for the reasons set forth in the motion to dismiss, good cause exists to grant the motion. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Defendants' Motion to Dismiss (Dkt. #37) is GRANTED, and this matter is **DISMISSED** without prejudice.

Dated: May 5, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE